**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

IN RE:                                        )
      Randy James Kirk              )     Case No.      16-01210
                                    )     Chapter       13
      Debtor                        )

## CHAPTER 13 PLAN

1. The future earnings of the Debtor is submitted to the supervision and control of the Court and the Debtor shall pay the trustee the sum of $300 per month plus Federal OR State Tax refunds received during the life of the Chapter 13 Plan.

2. Length of plan 36 months.

3. From the payments so received, the trustee shall make disbursements as follows:

    a. Priority claims under 11 U.S.C. Sec. 507.
    **United States Treasury / IRS to be paid 100% of their priority claim for back income taxes (Est. @ $1,000)**

    **Iowa Department of Revenue to be paid 100% of their priority claim for back income taxes (Est. @ $0.00)**

    **Iowa Workforce and Development to be paid 100% of their claim against Officer and Director, Randy James Kirk for Island Auto Salvage and Sales, Inc. (Est. @ $1,000), but no penalties or interest to be assessed against Debtor**

    **No further interest or penalties shall be assess for these taxes after confirmation of the Chapter 13 Plan and Discharge**

    b. Secured Claims.
    MacTools to be paid outside of the Chapter 13 Plan on ongoing account for specialized mechanics tools necessary for Debtor's employment

    Louisa County Clerk of Court to be paid directly outside of the Chapter 13 Plan, for court fines

    c. After the above claims have been paid in full, holders of unsecured claims are to be paid pro rata.

    Estimated Summary of Debts to be paid:

    Priority:                      $2,400.00
    Secured:                       $0.00

|  |  |
|---|---|
| Attorney's Fees: | $0.00 |
| Unsecured Co-signed or Non-dischargeable: | $0.00 |
| Unsecured: | $0.00 |
| TOTAL TO BE PAID: | $2,400.00 |

Dated: June 9, 2016         /s/ Bruce A. Buckrop
                            Bruce A. Buckrop
                            Attorney for Debtor

Bruce A. Buckrop
Buckrop & VanDeVelde, P.C.
329 18th Street, Suite #500
Rock Island, IL 61201
P: (309) 788-2747
F: (309) 793-4090

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                                    )
    Randy James Kirk                )    Case No.    16-01210
                                          )    Chapter     13
    Debtor                          )

## CERTIFICATE OF SERVICE

In accordance with Rule 7004 of the Federal Bankruptcy Rules, the undersigned hereby certifies that the Chapter 13 Plan was served upon the individuals set forth below by electronic notice or placing a copy thereof addressed to the said individuals in the United States Mail, first class, postage prepaid, at their respective addresses as known.

    US Trustee
    USTPRegion12.DM.ECF@usdoj.gov

    Carol F. Dunbar
    cfdunbar@cfu.net
    mcdunbar@cfu.net

    Randy Kirk
    180 East Cass Street
    Letts, IA 52754

    See Attached

Dated: 6/9/2016                                    BY: /s/ Nancy Nouchanthavong

Internal Revenue Service
Centralized Insolvancy Operation
PO Box 7346
Philadelphia, PA 19101-7346

Account Liquidation Services
304 N Water Street
Decorah, IA 52101

Business Revenue Services
2419 Spy Run Avenue
Fort Wayne, IN 46805

CACi
PO Box 270480
Saint Louis, MO 63127

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130

Cardiovascular Medicine
PO Box 428
Davenport, IA 52805-0428

CBI Bank & Trust
301 Iowa Avenue
Muscatine, IA 52761

Central Credit Services, LLC
20 Corporate Hills Drive
Saint Charles, MO 63301

CenturyLink Communications
Attn: Bankruptcy Department
PO Box 91154
Seattle, WA 98111-9254

Convergent Receivables
219 Perimeter Center Parkway NE
Suite 200
Atlanta, GA 30346

Credit Bureau Services of Iowa, Inc.
c/o See The Trainer
PO Box 180
1306 S 7th Street
Oskaloosa, IA 52577-0180

Credit Bureau Services of Iowa, Inc.
PO Box 180
1306 S 7th Street
Oskaloosa, IA 52577-0180

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

Credit Collection Services
PO Box 9134
Needham Heights, MA 02494

Credit Management Systems
453 Highway 1 West
Iowa City, IA 52246

DirecTV
PO Box 78626
Phoenix, AZ 85062-8626

DirecTV
PO Box 9001069
Louisville, KY 40290-1069

DirecTV
PO Box 6550
Englewood, CO 80155

Dish Network
PO Box 0063
Palatine, IL 60078

Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255

DJR Holding Corporation
1167 Windmill Drive
Pittsburgh, PA 15237

Dr. Carlin Lawhead, DDS
315 Sycamore Street
Long Grove, IA 52756-1000

Dresser Peters
111 W Washington Street
Chicago, IL 60602

Duane Mullin
Mullins Auto BOdy
310 Mack Lane
Mediapolis, IA 52637

Enhanced Recovery Corporation
Attn: Client Services
8014 Bayberry Road
Jacksonville, FL 32256

Enhanced Recovery Corporation
Attn: Client Services
PO Box 57547
Jacksonville, FL 32241

ENT Medical Services/Dr. Thomas Simpson
2615 Northgate Drive
Iowa City, IA 52245

Genesis Health Group
865 Lincoln Road #L10
Bettendorf, IA 52722

Genesis Health System
PO Box 70
Davenport, IA 52805-0070

Genesis Medical Center
Attn: Patient Financial Services
PO Box 70
Davenport, IA 52805-0070

H&R Accounts
7017 John Deere Parkway
PO Box 672
Moline, IL 61266-0672

HJ Dane Law Office
111 E River Drive
Davenport, IA 52803

Imperial Credit Systems, Inc.
125 N Parkside Drive
Suite 302
Colorado Springs, CO 80909

Iowa Department of Revenue
Attn: Bankruptcy Unit
PO Box 10471
Des Moines, IA 50306

Iowa Workforce Development
Attn: Customer Service
1000 East Grand Avenue
Des Moines, IA 50319

Jacob Thorius
210 W Main Street, Suite 2
Washington, IA 52353

KLC Financial, Inc.
3514 County Road 101
Minnetonka, MN 55345

Liberty Mutual
1 Liberty SQ
Mishawaka, IN 46544

Louisa County Clerk of Court
117 South Main Street
Wapello, IA 52653

Merchants Credit Adjusters
Twenty Five D Building
4005 South 148th Street
Omaha, NE 68137-4000

MidAmerican Energy
PO Box 8020
Davenport, IA 52808

MidAmerican Energy
PO Box 4350 - Credit
Davenport, IA 52808

Muscatine Adjustment Bureau
130 East 2nd Street
Muscatine, IA 52761

Muscatine Medical Surgical Associates
2104 Ceder Wood Drive, Suite 200
Muscatine, IA 52761

MyoTech, LLC
1828 Avenue of the Cities
Moline, IL 61265

Nationwide Insurance Headquarters
One Nationwide Plaza
Columbus, OH 43215

OConnor Medical Supply
2600 University Avenue
West Des Moines, IA 50266

Optimum Outcome
PO Box 660943
Dallas, TX 75266

Optimum Outcome
PO Box 790379
Saint Louis, MO 63179

Patrick Gavin
PO Box 517
Washington, IA 52353

Petro & More
Hwy 92 & 61
Grandview, IA 52752

Portfolio Recovery Associates
120 Corporate Blvd
Suite 1
Norfolk, VA 23502

Portfolio Recovery Associates
Attn: Bankruptcy
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

Progressive Corporation
6300 Wilson Mills Road
Cleveland, OH 44143

Quad Corporation
PO Box 2020
Davenport, IA 52809-2020

ShellShepard, Shepard, LLC
Hwy 92 & 61
Grandview, IA 52752

Snap-On Credit
Attn: Bankruptcy
PO Box 506
Gurnee, IL 60031

Statham & Long, LLC
117 East Main Street
Suite 101
Galesburg, IL 61401

TD&T CPAs and Advisors
317 High Avenue E
Oskaloosa, IA 52577

| | | |
|---|---|---|
| The Family Credit Union<br>1530 W 53rd Street<br>Davenport, IA 52806 | Toyota of Muscatine<br>3000 N Highway 38<br>Muscatine, IA 52761 | Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044 |
| Tri-State Adjustment<br>440 Challenge Street<br>Freeport, IL 61032 | United Consumer Financial Services<br>865 Bassett Rd<br>Westlake, OH 44145 | UnityPoint Healthcare<br>PO Box 258<br>Muscatine, IA 52761 |
| UnityPoint Healthcare<br>PO Box 497<br>Muscatine, IA 52761 | University of Iowa Healthcare<br>Patient Financial Services<br>PO Box 14551<br>Des Moines, IA 50306 | World Business Lenders, LLC<br>120 West 45th Street<br>29th Floor<br>New York, NY 10036 |